No. 69335.—Reliance Merchandise Co., Inc., et al. v. United States, protests 64/21412, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiffs was sustained.